**The objection having been withdrawn and the passive notice period having expired without any other objection, the motion is granted without opposition and the hearing set for July 28, 2022, is hereby cancelled.**



**SO ORDERED.**
**SIGNED this 21st day of July, 2022**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **DONALD WILLIAM LYLES** | ) | NO:3: 22-bk-30344-SHB |
| | ) | Chapter 7 |
| | ) | |
| **Debtor** | ) | |

# O R D E R

This case is before the court on a Motion to avoid a judicial lien pursuant to 11 U.S.C. § 522(f)(1)(A) and Fed. R. Bankr. P. 4003(d) filed by the debtor on June 29, 2022.  No objection to the Motion having been filed within the time provided, the Motion is granted and the lien on the real property located in Knox County at 7839 Ramsgate Drive, Knoxville, TN placed by Y-12 Federal Credit Union [Instrument # 202201050053051] is hereby avoided in full.

### #

APPROVED FOR ENTRY BY:

s/Richard M. Mayer, #5534
s/John P. Newton, #010817
LAW OFFICES OF MAYER & NEWTON
Attorneys for Debtors
1111 Northshore Drive S-570
Knoxville, Tennessee 37922
(865) 588-5111
mayerandnewton@mayerandnewton.com